U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 14 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| EDDIE LEE JACKSON<br>LA. DOC #348513<br>VS. | CIVIL ACTION NO. 5:15-cv-0072<br><br>SECTION P |
| NATHAN CAIN, WARDEN<br>AVOYELLES CORRECTIONAL<br>CENTER | JUDGE DONALD E. WALTER<br>MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's petition for writ of *habeas corpus* be **DISMISSED** pursuant to the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 14 day of Oct, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE