UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **EDDIE LEE JACKSON**<br>D.O.C. # 348513 | : | **DOCKET NO. 5:15-cv-0072**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE WALTER** |
| **NATHAN CAIN** | : | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE**, that the Motion to Stay [doc. 42] be **DENIED**, and that no certificate of appealability be granted.

**THUS DONE** in Chambers this __15__ day of __May__, 2018.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE